USDC SCAN INDEX SHEET










MEG    9/12/00    10:22

3:00-CV-01541    DAIMLERCHRYSLER AG V. FEULING ADVANCED

*17*

*DECL.*

ORIGINAL

FILED
00 SEP 11 PM 2:33

1  William S. Boggs (Bar No. 053013)
   Cathy Ann Bencivengo (Bar No. 138791)
2  **GRAY CARY WARE & FREIDENRICH LLP**
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619-699-2758
4  Fax: 619-236-1048

5  Richard L. Mayer
   Michael J. Lennon
6  Mark A. Hannemann
   **KENYON & KENYON**
7  One Broadway
   New York, NY 10004
8  Tel: 212-425-7200
   Fax: 212-425-5288

9
   Attorneys for Plaintiffs
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

14
   DAIMLERCHRYSLER AG and           CV No. 00cv1541 L (NLS)
15 MERCEDES-BENZ USA, INC.
                                    **DECLARATION OF JAMES LYONS IN**
16        Plaintiffs,               **SUPPORT OF PLAINTIFFS' MOTION FOR**
                                    **SUMMARY JUDGMENT OF PATENT**
17        v.                        **INVALIDTY**

18 FEULING ADVANCED                 Date: December 18, 2000
   TECHNOLOGIES, INC. and JAMES     Time: 10:30
19 J. FEULING,                      Courtroom: 11
                                           Hon. M. James Lorenz
20        Defendants.

21
22
23
24
25
26
27
28

GRAY CARY WARE    SD\1389620.1                              00-cv-1541 L (NLS)
& FREIDENRICH LLP 2101934-1

17

William S. Boggs (Bar No. 053013)
Cathy Ann Bencivengo (Bar No. 138791)
**GRAY CARY WARE & FREIDENRICH LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619-699-2758
Fax: 619-236-1048

Richard L. Mayer
Michael J. Lennon
Mark A. Hannemann
**KENYON & KENYON**
One Broadway
New York, NY 10004
Tel: 212-425-7200
Fax: 212-425-5288

Attorneys for Defendants
DAIMLERCHRYSLER AG et al.

FILED
00 MAR 31 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEULING ADVANCED TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER AG et al.,,<br><br>Defendant. | CV No. 99-CV-0374 L (NLS)<br><br>**DECLARATION OF JAMES LYONS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 3, 2000<br>Time: 10:00 a.m.<br>Courtroom: 11<br>Judge: Hon. M. James Lorenz |

I, James Michael Lyons, hereby declare that:

1. I received a B.S. degree (*cum laude*) in Chemistry from the University of California at Irvine in 1983. I received a M.S. degree in Chemical Engineering from the University of California at Los Angeles in 1985. I am a member of the Society of Automotive Engineers. From September of 1985 through April of 1991, I worked for Mobile Source

CV No. 99-CV-0374 L (NLS)

Division of the California Air Resources Board ("CARB"). The role of the Mobile Source Division is, among other things, to monitor and to reduce the amount of air pollution generated by automobiles in California. In April 1991, I joined Sierra Research as a Senior Engineer. Today, I am a Senior Partner at Sierra. Sierra is an air pollution consulting firm that specializes in issues related to vehicle emissions and whose clients have included various government agencies, such as CARB and the United States Environmental Protection Agency, as well as private-sector corporations and associations, including several major automobile manufacturers.

2. As a result of my work at CARB and Sierra, I am familiar with the different types of engine designs and emission control technologies being employed by vehicle manufacturers today. Also, through my work at CARB and Sierra, as well as my participation in the Society of Automotive Engineers, I have become familiar with the ordinary level of skill typically exhibited by engineers working in the field of gasoline-powered motor vehicle emissions control, which includes many aspects of engine design.

3. I have reviewed the *Declaration of Georg Leipner in Support of Defendants' Motion for Summary Judgment including Certified Translation* and exhibits and the *Cover Page, Abstract, Title Block of Figure 5.1, Pages 1-7, 17, 23-24, and 26-28 of the German-Language Thesis Written by Georg Leipner, including Certified Translation*. The Leipner thesis describes in detail a three-valve-per-cylinder head and combustion chamber system for a gasoline-powered engine. Two of the valves are used as intake valves and the third as an exhaust valve. The design also incorporates two spark plugs per cylinder.

4. My staff and I have examined and measured the cylinder head (Part No. A112 010 142 0) from a 1999 Mercedes-Benz ML320 sport-utility vehicle. This vehicle uses a 3.2L V6 engine with three valves per cylinder. Two of the three valves are used as intake valves, and the third valve is used as an exhaust valve. This engine has two spark plugs per cylinder.

5. The design of the cylinder head and combustion chamber system of the Mercedes 3.2L V6 engine is fundamentally the same as that described in the Leipner thesis. In particular, the layout of the valves and spark plugs in the Mercedes 3.2L V6 is fundamentally the same as described in the Leipner thesis. The fact that the two designs are fundamentally identical can be observed directly from Exhibit 1, which I have attached to this declaration. Exhibit 1 is a drawing that my staff and I prepared using measurements made on the Mercedes 3.2L V-6 engine and data from the Leipner thesis. Exhibit 1 shows a side-by-side comparison of the two designs where both have been scaled proportionately from their actual sizes to allow for a direct comparison on a single sheet. The sizes and locations of the intake (shown in blue) and exhaust valves (shown in red), as well as the location of the spark plug bores (shown in green) for both designs are highlighted.

6. I declare under penalty of perjury that the foregoing is true and correct.

7. Executed on March 23, 2000.

*James Michael Lyons*

